David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe
600 W. Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 601-2610

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM THIEL, individually and on behalf of all others similarly situated, | Case No. 3:16-cv-07083 |
| Plaintiffs, | |
| v. | |
| TUBEMOGUL, INC.; BRETT WILSON; AJAY CHOPRA; RUSELL FRADIN; JACK LAZAR; PAUL LEVINE; DAVIT TOTH; ADOBE SYSTEMS INCORPORTED; and TIGER ACQUISITION CORPORATION, | |
| Defendants. | |

## NOTICE OF DISMISSAL AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTIONS

**WHEREAS,** on November 10, 2016, TubeMogul, Inc. ("TubeMogul") announced that it had entered into an Agreement and Plan of Merger, dated the same day (the "Merger Agreement"), pursuant to which Adobe would acquire TubeMogul

in a two-step transaction for $14.00 in cash for each outstanding share of TubeMogul in a transaction valued at approximately $540 million (the "Tender Offer" or "Proposed Transaction");

**WHEREAS,** on November 18, 2016, TubeMogul filed its Solicitation/Recommendation Statement on Schedule 14D-9 (the "Recommendation Statement") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

**WHEREAS**, on December 5, 2016, William Thiel filed a putative class action complaint in the Superior Court of the State of California for Alameda County, captioned *Thiel v. TubeMogul, Inc.,* Case No. RG16841232, subsequently removed to the United States District Court for the Northern District of California, captioned *Thiel v. TubeMogul, Inc*., Case No. 3:16-cv-07083  (the "Thiel Action");

**WHEREAS**, on December 6, 2016, Bahadir Yavuz filed a putative class action complaint in the United States District Court for the Northern District of California, captioned *Yavuz v. TubeMogul, Inc.*, Case No. 4:16-cv-06996 (the "Yavuz Action," together with the Thiel Action, the "Actions");

**WHEREAS**, on December 8 and 13, 2016, the Company filed with the SEC additional disclosures that amended and supplemented the Company's Recommendation Statement (the "Supplemental Disclosures") and that, among other things, mooted the disclosure claims in the Actions;

**WHEREAS**, Plaintiffs believe that the Supplemental Disclosures addressed Plaintiffs' disclosure allegations and claims and entitle them to recover an award of attorneys' fees and expenses;

**WHEREAS**, based on the proceedings to date, Plaintiffs have determined that certain claims asserted in the Actions have been mooted and the remaining claims are so unlikely to be successful as to warrant dismissal;

**WHEREAS**, Defendants deny the allegations in the Actions, including, but not limited to, the disclosure allegations and expressly maintain that they acted diligently and scrupulously, and complied with all applicable fiduciary, disclosure, and other legal duties;

**WHEREAS**, Defendants dispute that Plaintiffs are entitled to an award of attorneys' fees and expenses or any other relief;

**WHEREAS**, the Plaintiffs in both Actions, on behalf of themselves and not on behalf of any class of shareholders, and the Defendants to the Actions have agreed to settle their disputes pursuant to a confidential settlement agreement;

**WHEREAS**, it is the intention of counsel for Plaintiff in the Action to dismiss the Action with prejudice as to Plaintiffs;

**WHEREAS**, no class has been certified in the Actions;

There being no further issue for the Court to consider, the Court, at the request of Plaintiffs, hereby issues the following order:

1.     Plaintiff dismiss with prejudice the above-captioned Action against Defendants as moot; and

2.     To close and terminate the Action.

                                  **MONTEVERDE & ASSOCIATES PC**

                                  */s/ David E Bower*_____

                                  David E. Bower SBN 119546
                                  600 Corporate Pointe, Suite 1170
                                  Culver City, CA 90230
                                  Tel: (310) 446-6652
                                  Fax: (212) 601-2610
                                  Email:  dbower@monteverdelaw.com

                                  *Counsel for Plaintiff*

**OF COUNSEL**

Juan E. Monteverde
Miles D. Schreiner
**MONTEVERDE & ASSOCIATES PC**
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10018
Telephone: (212) 971-1341
Facsimile: (212) 601-2610
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

**SO ORDERED.**

Dated: ___2/7/2017___

                    US District Court Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Distribution To:**

All ECF-registered counsel of record via email generated through the court's ECF system.